COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     TPG (Post Oak) Acquisition, LLC; TPG (Post Oak) Mezzanine, LLC;
The Picerne Group, Inc.; TPG, Inc.; Allied Realty Advisors, LLC;
Allied Realty Partners, LLC; Allied Orion Group, LLC d/b/a Allied
Realty; and ACS Restoration GC, LLC d/b/a Allied Construction
Services; TPG2011-4 (Post Oak), LLC v. Greystone Multi-Family
Builders, Inc., Greystone (Post Oak), LLC, and Walter B. Eeds

Appellate case number:   01-18-00396-CV

Trial court case number: 2015-25232

Trial court:             334th District Court of Harris County

Appellants/Cross-Appellees have filed a motion for rehearing. The Court requests a response to the motion for rehearing from Appellees/Cross-Appellants. The response must be filed no later than 15 days from the date of this order. *See* TEX. R. APP. P. 49.2.

It is so ORDERED.

Judge's signature: /s Julie Countiss
                   Acting individually

Date:  September 28, 2021